Entered on Docket
March 16, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Charles P. Maher, CSBN 124748
LUCE, FORWARD, HAMILTON
    & SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, California 94105
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
cmaher@luce.com

Counsel for John W. Richardson
Trustee in Bankruptcy

IT IS SO ORDERED.
Signed March 16, 2009

**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JACQUELINE C. MELCHER, aka JACQUELINE CARLIN,<br><br>    Debtor. | Case No. 01-53251 ASW<br>Chapter 7<br><br>Date: February 24, 2009<br>Time: 3:00 p.m.<br>Place: 280 South First Street, San Jose<br>Court: Hon. Arthur S. Weissbrodt |

### ORDER AUTHORIZING EMPLOYMENT OF BROKER

(14 Moshup Trail, Aquinnah, Massachusetts)

    On February 24, 2009, a hearing was held on the objection of the Debtor to the Trustee's application for an order authorizing him to employ Rooney and Company of Martha's Vineyard, Inc., as his broker for the purpose of assisting him in the marketing and sale of the real property commonly known as 14 Moshup Trail, Aquinnah, Massachusetts. Charles P. Maher of Luce, Forward, Hamilton & Scripps, LLP, appeared on behalf of the Trustee. Jacqueline Carlin Melcher appeared on behalf of herself. Lance N. Jurich of Loeb & Loeb, LLP, appeared on behalf of the Estate of Terrence Melcher. Andrew Goldstein of Foley & Lardner, LLP, appeared on behalf of Edward C. Cohen and Andrew Flake, Inc. Sean Monahan of Choate, Hall & Stewart appeared on behalf of Choate, Hall & Stewart, administrative claimant.

    The Court has considered the Trustee's application and the documents filed in support, the documents filed by the Debtor in opposition to the application, and the statements made on the

record. For the reasons stated on the record, it is

ORDERED as follows:

1. The Debtor's objection to the Trustee's application for an order authorizing him to employ Rooney and Company of Martha's Vineyard, Inc., as his broker to assist in the marketing and sale of the real property commonly known as 14 Moshup Trail, Aquinnah, Massachusetts, is overruled, without prejudice to any rights the Debtor may have to object to any sale proposed by the Trustee.

2. The Trustee is authorized to employ Rooney and Company of Martha's Vineyard, Inc., as his broker in connection with the marketing and sale of the real property commonly known as 14 Moshup Trail, Aquinnah, Massachusetts.

3. Subject to entry of an order authorizing a sale, the Trustee is authorized to enter into a listing agreement obligating the estate to pay Rooney and Company of Martha's Vineyard, Inc., a sales commission of three percent of the gross sales price if Rooney and Company is the sole broker in a sale approved by the Court or four percent of the gross sales price if the buyer is represented by a broker and the commission is to be split between the brokers.

4. The Trustee is authorized to execute those documents necessary to effectuate the listing.

** END OF ORDER **

| | |
|---|---|
| 1 | <div align="center">COURT SERVICE LIST</div> |
| 2 | |
| 3 | Charles P. Maher, Esq.<br>LUCE, FORWARD, HAMILTON & SCRIPPS LLP<br>Rincon Center II, 121 Spear Street, Suite 200<br>San Francisco, California 94105-1582 |
| 4 | |
| 5 | |
| 6 | Nanette Dumas, Esq.<br>Office of the United States Trustee<br>280 South First Street, #268<br>San Jose, CA 95113 |
| 7 | |
| 8 | |
| 9 | Jacqueline C. Melcher<br>P. O. Box 222798<br>Carmel, CA 93922 |
| 10 | |
| 11 | John W. Richardson<br>Richardson & Associates<br>5161 Soquel Drive, Suite F<br>Soquel, CA 95073 |
| 12 | |
| 13 | |
| 14 | Lance N. Jurich, Esq.<br>Loeb & Loeb LLP<br>10100 Santa Monica Blvd., #2200<br>Los Angeles, CA, 90067-4164 |
| 15 | |
| 16 | |
| 17 | Andrew K. Goldstein, Esq.<br>Foley & Lardner, LLP<br>111 Huntington Ave.<br>Boston, MA 02199 |
| 18 | |
| 19 | |
| 20 | Sean Monahan, Esq.<br>Choate Hall & Stewart<br>Two International Place<br>Boston, MA 02110 |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | 301064336.1 |
| 26 | |
| 27 | |
| 28 | |