Charles P. Maher, CSBN 124748
LUCE, FORWARD, HAMILTON
    & SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, California 94105
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
cmaher@luce.com

Counsel for John W. Richardson
Trustee in Bankruptcy

The following constitutes the
Order of the Court. Signed March 19, 2009

*Arthur S. Weissbrodt*
HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JACQUELINE C. MELCHER, aka JACQUELINE CARLIN,<br><br>Debtor. | Case No. 01-53251 ASW<br>Chapter 7<br><br>Date: February 24, 2009<br>Time: 3:00 p.m.<br>Place: 280 South First Street, San Jose<br>Court: Hon. Arthur S. Weissbrodt |

### ORDER AUTHORIZING EMPLOYMENT OF BROKER

(21 East Lane, Chilmark, Massachusetts)

On February 24, 2009, a hearing was held on the Debtor's objection to the Trustee's application for an order authorizing the employment of a real estate broker to assist the Trustee in the marketing and sale of the real property commonly known as 21 East Lane, Chilmark, Massachusetts (the "Stonewall Beach Property"). Charles P. Maher of Luce, Forward, Hamilton & Scripps, LLP, appeared on behalf of the Trustee. Jacqueline Carlin Melcher appeared on behalf of herself. Lance N. Jurich of Loeb & Loeb, LLP, appeared on behalf of the Estate of Terrence Melcher. Andrew Goldstein of Foley & Lardner, LLP, appeared on behalf of Edward C. Cohen and Andrew Flake, Inc. Sean Monahan of Choate, Hall & Stewart appeared on behalf of Choate, Hall & Stewart, administrative claimant.

Previously, the Court had asked the Trustee to explore marketing alternatives for the Stonewall Beach Property with a number of parties and to submit a declaration describing the

discussions. The Trustee filed a supplemental declaration on February 6, 2009. The Debtor filed an objection to it on February 11, 2009. The Trustee's efforts and the Debtor's objection were discussed on the record at the February 24, 2009, hearing, and it was agreed at the hearing that the Trustee would provide the Debtor the names of three proposed brokers, including at least one of two brokers the Debtor had previously identified, and would permit the Debtor to choose one of the three by the close of business on March 2, 2009, which name the Trustee would submit to the Court in an order.

Based on the declaration of Charles P. Maher filed on March 11, 2009, it appears that the Debtor has consented to the employment of Martha's Vineyard Seacoast Properties/Linda R. Bassett Real Estate, and broker Stephanie Burke, to market the Stonewall Beach Property for sale.

Having considered all of the documents filed with the Court and the statements on the record on February 24, 2009, and at previous hearings, and it appearing that good cause exists, it is

ORDERED as follows:

1. The Debtor having consented to the employment of Martha's Vineyard Seacoast Properties/Linda R. Bassett Real Estate, her objection to the Trustee's employment of a broker to market the Stonewall Beach Property for sale is deemed withdrawn.

2. The Trustee is authorized to employ Martha's Vineyard Seacoast Properties/Linda R. Bassett Real Estate as his broker in connection with the marketing and sale of the real property commonly known as 21 East Lane, Chilmark, Massachusetts.

3. The Trustee is authorized to enter into a listing agreement with Martha's Vineyard Seacoast Properties/Linda R. Bassett Real Estate that provides for a sales commission of three percent of the gross sales price if Martha's Vineyard Seacoast Properties/Linda R. Bassett Real Estate is the sole broker or four percent of the gross sales price if the buyer is represented by a broker and the commission is split between the brokers.

4. Payment of any commission is subject to Court approval of a sale of the subject property.

5. The Trustee is authorized to execute those documents he deems necessary to effectuate the listing.

** END OF ORDER **

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | Charles P. Maher, Esq.<br>LUCE, FORWARD, HAMILTON & SCRIPPS LLP<br>Rincon Center II, 121 Spear Street, Suite 200 |
| 4 | San Francisco, California 94105-1582 |
| 5 | |
| 6 | Nanette Dumas, Esq.<br>Office of the United States Trustee<br>280 South First Street, #268 |
| 7 | San Jose, CA 95113 |
| 8 | |
| 9 | Jacqueline C. Melcher<br>P. O. Box 222798<br>Carmel, CA 93922 |
| 10 | |
| 11 | John W. Richardson<br>Richardson & Associates |
| 12 | 5161 Soquel Drive, Suite F<br>Soquel, CA 95073 |
| 13 | |
| 14 | Lance N. Jurich, Esq.<br>Loeb & Loeb LLP |
| 15 | 10100 Santa Monica Blvd., #2200<br>Los Angeles, CA, 90067-4164 |
| 16 | |
| 17 | Andrew K. Goldstein, Esq.<br>Foley & Lardner, LLP |
| 18 | 111 Huntington Ave.<br>Boston, MA 02199 |
| 19 | |
| 20 | Sean Monahan, Esq.<br>Choate Hall & Stewart |
| 21 | Two International Place<br>Boston, MA 02110 |
| 22 | |

301065377.1