Charles P. Maher, State Bar No. 124748
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-mail: cmaher@luce.com

Counsel for John W. Richardson
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re JACQUELINE C. MELCHER, aka JACQUELINE CARLIN, Debtor. | Case No. 01-53251 ASW<br>Chapter 7<br><br>Date: August 24, 2010<br>Time: 3:00 p.m.<br>Place: 280 South First Street, San Jose<br>Court: Hon. Arthur S. Weissbrodt |
|---|---|

### MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF CLAIMS, LIENS, AND INTERESTS

John W. Richardson, Trustee in Bankruptcy of the estate of the above Debtor, hereby moves the Court for an order under 11 U.S.C. § 363(f)(4) authorizing him to sell the real property commonly known as 21 East Lane, Chilmark, Massachusetts free and clear of claims, liens, and interests asserted by Ryan J. Melcher and Vineyard Decorators. This motion is supported by the accompanying memorandum of points and authorities and declaration of Charles P. Maher.

The Trustee asserts that authority exists under 11 U.S.C. § 363(f)(4) for him to sell the real property commonly known as 21 East Lane, Chilmark, Massachusetts free and clear of the claims, liens, and interests of Ryan J. Melcher and Vineyard Decorators because any such claims, liens, or interests are in bona fide dispute.

/ / /

/ / /

/ / /

1    WHEREFORE the Trustee moves the Court for an order authorizing him to sell 21 East
2    Lane, Chilmark, Massachusetts free and clear of any claims, liens, or interests in favor of Ryan J.
3    Melcher and Vineyard Decorators.
4
5    DATED: July 20, 2010           LUCE, FORWARD, HAMILTON & SCRIPPS LLP

                                    By: /s/ Charles P. Maher
                                        Charles P. Maher
                                        Counsel for John W. Richardson, Trustee

     301171497.1